IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>                  Plaintiffs,<br>v.<br><br>CHAMPION ENVIRONMENTAL SERVICES, INC.<br><br>                  Defendant. | NO. 04 C 5177<br><br>Judge Aspen<br><br>**Magistrate Judge Susan E. Cox** |

## MOTION TO REINSTATE THE MATTER AND ENTER JUDGMENT AGAINST DEFENDANT, CHAMPION ENVIRONMENTAL SERVICES AND DOMINICK GORNIAK, INDIVIDUALLY

**NOW COMES** the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (hereinafter called "Plaintiffs"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby moves for a Motion to Reinstate the Matter and Enter Judgment Against Defendant, Champion Environmental Services and Dominick Gorniak, Individually, in support of this Motion, Plaintiffs state of follows:

1. On November 19, 2008, this Court was informed that a Settlement Agreement was reached whereby Champion Environmental agreed to pay the Central Laborers' $300,000.00 with payments to begin on March 31, 2009, of $150,000.00 and $12,500.00 due on either the 30th or 31st of the months thereafter.

2. Pursuant to the Settlement Agreement, and as admitted in Court, Dominic Gorniak personally guaranteed the obligation of Champion Environmental Services.

3. Following the Settlement Agreement, Champion made three payments of $50,000.00 (although they were late). In January of 2010, Champion made an additional payment of $12,500.00 and agreed to pay $12,500.00 for each month thereafter.

4. Champion has failed to make any payment after January, 2010.

5. Champion continues to owe $137,500.00.

6. This Court retained jurisdiction to enforce the Settlement Agreement as long as it was reinstated prior to April 30, 2010.

7. Notice was sent to the attorney pursuant to the Settlement Agreement demanding payment.

8. Based on the Company's failure to pay pursuant to the Settlement Agreement, Plaintiff moves that the matter be reinstated and that a Judgment be entered against Champion Environmental Services and Dominic Gorniak in the amount of $137,500.00 plus additional legal fees and costs incurred because of the breach of the settlement.

Respectfully submitted,

s/Marc M. Pekay
MARC M. PEKAY

MARC M. PEKAY, P.C
77 W. Washington Street
Suite 719
Chicago, IL 60602
(312) 606-0980